IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| YANT TESTING, SUPPLY & EQUIPMENT CO. a Nebraska Corporation | 8:20CV64 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DAVID A. LAKNER, JR., an individual | |
| Defendant. | |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Because counsel for the Defendant is from a firm on the standing recusal list of the undersigned, she recuses herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 14th day of February 2020.

BY THE COURT:

s/ Laurie Smith Camp
Sr. United States District Judge